# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | Fifth Circuit No. 18-30694 |
| Plaintiff-Appellee | * | |
| | * | |
| **VERSUS** | * | |
| | * | |
| **ROBERT CUFF.,** | * | |
| Defendant-Appellant | * | USDC No. 5:11-CR-62-21 |

## JOINT AND UNOPPOSED MOTION
## BY THE UNITED STATES AND THE DEFENDANT
## TO VIEW SEALED
## PORTION OF THE RECORD ON APPEAL

NOW COMES the United States of America, appellant herein, and Robert Cuff, appellee, who respectfully move this Court to permit the parties to view the sealed portion of the record on appeal in this matter, and in support of which motion would respectfully show the Court as follows:

1.

The instant direct appeal arises from the denial of Robert Cuff's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. The case is set for oral argument on January 5, 2023.

2.

Upon information and belief, the sealed portion of the record on appeal includes documents that are pertinent to the instant appeal. In order to more accurately refer to the record during the argument, both counsel must have access to the sealed portion of the record.

3.

Counsel for both parties do not oppose the relief requested in this motion.

WHEREFORE, for the reasons set forth above, the United States and Robert Cuff respectfully move this Court to permit counsel for both parties to view the sealed portion of the record in this appeal.

Respectfully submitted,

BRANDON B. BROWN
United States Attorney

BY: *s/ Cristina Walker*

CRISTINA WALKER, Bar ID #08497
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
(318) 676-3600


ROBERT CUFF

BY: **_s/ Herbert Larson_**
Attorney for Robert Cuff

 HERBERT LARSON, Bar ID#8052
700 Camp Street
New Orleans, Louisiana 70130
(504) 528-9500

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Joint Motion to View Sealed Portion of the Record on Appeal was filed electronically with the Fifth Circuit Court of Appeals using the electronic filing system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system and/or via United States Mail to:

> HERBERT LARSON
> 700 Camp Street
> New Orleans, Louisiana 70130
> (504) 528-9500

Shreveport , Louisiana, this the 21st day of December , 2022.

> Respectfully submitted,
>
> BRANDON B. BROWN
> United States Attorney
>
> BY: *s/ Cristina Walker*
>
> CRISTINA WALKER, Bar ID #08497
> Assistant United States Attorney
> 300 Fannin Street, Suite 3201
> Shreveport, Louisiana 71101
> (318) 676-3600

- 4 -

# CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

    (a) This motion contains **504** words.

2.  This motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) and Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    (a) This motion has been prepared in a proportionally spaced typeface using:

    Software Name and Version – **Microsoft Word Office 365**;

    in Typeface Name and Font Size - **Century Schoolbook 14 pt.**

*s/Cristina Walker*                                     December 21, 2022

CRISTINA WALKER, Bar ID #08497
Assistant United States Attorney